```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                        CASE NO. 07 B 08035
       KIRTI N NANDANI
       ILA K NANDANI                               CHAPTER 13

                                                   JUDGE: JOHN H SQUIRES
              Debtor
       SSN XXX-XX-3812     SSN XXX-XX-3565
```

------------------------------------------------------------------------------------

                        TRUSTEE'S FINAL REPORT AND ACCOUNT

------------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/02/07 and confirmed on 10/12/07.

   2.  The case was dismissed after confirmation, 12/19/2008.

   3.  The Debtor paid a total of $   21747.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 16591.35 | .00 | 16591.35 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 6928.70 | .00 | 1811.28 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 6179.00 | 493.56 | 1754.22 |
| BECKET & LEE LLP | UNSECURED | 14548.48 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 244.78 | .00 | .00 |
| B REAL LLC | UNSECURED | 4346.46 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 1857.79 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9965.60 | .00 | .00 |
| EMCC | UNSECURED | 2718.10 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1596.09 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 601.01 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5722.87 | .00 | .00 |

            Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 29699.05 | .00 | 41601.18 | .00 | 71300.23 |
| PRINCIPAL PAID | 20156.85 | .00 | .00 | .00 | 20156.85 |
| INTEREST PAID | 493.56 | .00 | .00 | .00 | 493.56 |
| TOTAL PAID | 20650.41 | .00 | .00 | .00 | 20650.41 |

The Debtor's attorney, DEVONA & ASSOC             , was allowed $        .00
and was paid $       .00 .

The Trustee received $   1096.59 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE